# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Enrique Ramos Perez,<br><br>    Plaintiff,<br><br>v.<br><br>Quality Custom Iron Work LLC, et al.,<br><br>    Defendants. | No. CV-23-01680-PHX-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Entry of Default Judgment Against Defendants (Doc. 16).

Default was entered against Defendants Quality Custom Iron Work LLC and Ruben A. Montes and Jane Doe Montes (collectively, "Defendants") pursuant to Fed. R. Civ. P. 55(a). (Docs. 13, 14). The Court, having examined the pleadings and the record, and for good cause appearing, finds that the Plaintiff's motion is well-founded and should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff, Luis Enrique Ramos Perez, is awarded judgment against the Defendants, as follows:

    A.    For trebled award of Plaintiff's unpaid wages of $180 in the amount of $540 for which Defendant Quality Custom Iron Work LLC shall be liable; `

    B.    For Plaintiff's attorneys' fees and costs to be proven in a separate motion pursuant to LRCiv 54.2;

1  C. For post judgment interest on the above amounts at the federal rate from the date of Judgment until paid.

2  D. For Plaintiff's attorneys' fees and costs incurred in enforcing this judgment.

Dated this 14th day of February, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge