# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Enrique Ramos Perez,<br><br>Plaintiff,<br><br>v.<br><br>Quality Custom Iron Work LLC, et al.,<br><br>Defendants. | NO. CV-23-01680-PHX-GMS<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants Quality Custom Iron Work LLC, Ruben A Montes, and Unknown Montes. Plaintiff is awarded treble damages for unpaid wages of $180 in the amount of $540 plus post-judgment interest at the applicable statutory rate for which Defendant Quality Custom Iron Work LLC shall be liable.

Debra D. Lucas
District Court Executive/Clerk of Court

February 14, 2024

By   s/ Kathren Gray
     Deputy Clerk